AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lefkow, Joan H. | U.S DISTRICT COURT, NDIL | 08/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

219 South Dearborn Street
Suite 1956
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Board (Advisory) | Northwestern University Law School |
| 2. | Executor | Estate [ ] |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 08/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Employees Credit Union | Credit Card | J |
| 2. | Sallie Mae | PLUS Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 08/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Employees Credit Union account | A | Int./Div. | J | T | | | | | |
| 2. BROKERAGE ACCOUNT IRA | | | | | | | | | |
| 3. - EVSGX | A | Dividend | J | T | | | | | |
| 4. - IEMBX | | None | J | T | | | | | |
| 5. - CRSAX | | None | J | T | | | | | |
| 6. -CEGBX | | None | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. - DVRBX | A | Dividend | J | T | | | | | |
| 9. - OGMBX | A | Dividend | J | T | | | | | |
| 10. - INPBX (due to a purchase of Columbia by Ameriprise, this | | | | | | | | | |
| 11. ticker symbol is no longer used. See CEGBX above at 6 | | | | | | | | | |
| 12. - DBA | | None | J | T | | | | | |
| 13. Cash Money Market Ameriprise Financial* | A | Interest | J | T | | | | | |
| 14. BROKERAGE ACCOUNT NON-IRA | | | | | | | | | |
| 15. - FLFAX | | None | | | Sold | 05/27/11 | J | | |
| 16. - Cash Money Market Ameriprise Finc'l** | A | Int./Div. | J | T | | | | | |
| 17. - WASAX | | None | | | Sold | 05/27/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 08/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - WMFAX | A | Dividend | | | Sold | 05/27/11 | K | A | |
| 19. - MMHYX (X) | A | Dividend | | | Sold | 05/27/11 | K | | |
| 20. - DHGAX (X) | A | Dividend | | | Sold | 05/27/11 | J | | |
| 21. BROKERAGE ACCOUNT | | | | | | | | | |
| 22. - Cash Money Market Ameriprise Finc'l *** | A | Interest | J | T | | | | | |
| 23. - TWTIX | A | Dividend | J | T | | | | | |
| 24. NW MUTUAL ADJ. COMP. LIFE INS (X) | A | Dividend | K | T | | | | | |
| 25. ESTATE | | | | | | | | | |
| 26. - Unliquidated contingent fee**** | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 08/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Part VII, Line 12; Funds were on deposit in the following banks: Sun Trust (A); AMEX Bank (A); Amer. Exp. Centurion (B). The dividends from the various funds in the IRA account were    deposited into this money market account.

\*\* Part VII, Line 15; Funds were on deposit in the following banks: Sun Trust (B); AMEX Bank (A); Ameriprise Bank (A); Amer. Exp. Centurion Bank (B).

\*\*\* Part VII, Line 21; Funds were on deposit in the following banks: First Tennessee (A); AMEX Bank (A); M&I Marhall & Ilsley Bank (A); Amer. Exp. Centurion Bank (B).

\*\*\*\* Part VII, Line 25; The estate has a 1/3 contingent interest in an Illinois judgment, representing an attorney's fee, with a value between $15,000 - $50,000 (reduced from 2011 report based on estimate by estate's lawyer on 4/24/2012).

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 08/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan H. Lefkow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544